**LAW OFFICE OF DENNIS C. BARTLING**
ATTORNEYS AND SUPPORT STAFF ARE EMPLOYEES OF
GOVERNMENT EMPLOYEES INSURANCE COMPANY
2 HUNTINGTON QUADRANGLE,
MELVILLE, NEW YORK 11747
TELEPHONE: 516-229-4402
FACSIMILE: 855-305-2687

SUSAN DUNCAN

August 3, 2023

Hon. Victoria Reznik
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street,
White Plains, NY 10601

**MEMO ENDORSED**

Re:  Case:  Cuevos Santos v Jackson
Docket Number:  7:22-cv-05166-VR
Our File Number:  22-0078055

Dear Judge Reznik:

This office represents the defendant in the above matter. We submit this joint letter in accordance with the Court's order of July 20, 2023. The parties are able to report that they have obtained the plaintiff's medical records and are scheduling depositions, which they hope to conclude by the middle of October 2023.

Respectfully submitted,

LAW OFFICE OF DENNIS C. BARTLING

*Susan Duncan*

Susan Duncan,

The parties are directed to submit another joint status letter by September 4, 2023.

The parties are reminded that the ultimate discovery deadline is November 15, 2023. If the parties cannot meet this deadline they are to contact the court in advance of the deadline.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/4/23

The clerk of court is directed to close out ECF No. 30.

CC:
Michael A. DiChiaro
Attorney for plaintiff
4 Executive Boulevard
Suite 101
Suffern, NY 10901
Via email to dichiaro12@gmail.com