UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Francisco Cuevos Santos

                Plaintiff(s),

         -against-

Barbara Jackson,

                Defendant(s).
------------------------------------------------------------------X

7:22-cv-5166 -VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it is hereby:

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within sixty (60) days from the date of this Order.

      SO ORDERED.

DATED:    White Plains, New York
              11/2/23

_____
VICTORIA REZNIK
United States Magistrate Judge